**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

**MATTHEW J. MAYO,**

        **Plaintiff,**

v.                                          **9:13-CV-1240
(FJS/ATB)**

**T. PHILLIPS**, Sergeant, Upstate Correctional Facility; **A. SOUTHWORTH**, Correction Officer, Upstate Correctional Facility; **L. LABARGE**, Correction Officer, Upstate Correctional Facility; **RENDLE**, Lieutenant, Upstate Correctional Facility; **JOHN DOE #1**, Correction Officer, Upstate Correctional Facility; **DAVID A. ROCK**, Superintendent, Upstate Correctional Facility; and **JOHN DOE #2**, Correction Officer, Upstate Correctional Facility,

        **Defendants.**

---

**APPEARANCES**                             **OF COUNSEL**

**MATTHEW J. MAYO**
**11-B-0220**
Elmira Correctional Facility
P. O. Box 500
Elmira, New York 14902
Plaintiff *pro se*

**OFFICE OF THE NEW YORK STATE**     **TIMOTHY P. MULVEY, AAG**
**ATTORNEY GENERAL**
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455
Attorneys for Defendants

**SCULLIN, Senior Judge**

**ORDER**

Currently before the Court is Magistrate Judge Baxter's January 20, 2015 Report-Recommendation, in which he recommended that this Court grant Defendants' amended motion for summary judgment and dismiss Plaintiff's remaining claims in the complaint in their entirety. *See* Dkt. 39. The parties did not file any objections to this recommendation.

When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice. *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted). After conducting this review, "the Court may 'accept, reject, or modify in whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's January 20, 2015 Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's January 20, 2015 Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' amended motion for summary judgment, *see* Dkt. No. 29, is **GRANTED**; and the Court further

**ORDERS** that the remaining claims in Plaintiff's complaint are **DISMISSED** in their entirety; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on the parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: February 13, 2015
      Syracuse, New York

                                              Frederick J. Scullin, Jr.
                                              Senior United States District Court Judge